**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Criminal No. 02-387 (1) (RHK/AJB)

vs.

**ORDER**

Steven W. Raddatz,

Defendant.

---

The above matter has been remanded to this Court for "resentencing in accordance with Booker."

On or before August 4, 2005 the parties shall exchange and file with the Court written position papers detailing their views with respect to the correct calculation of the Guidelines and sentencing range.

Dated: July 25, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge