UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-387 RHK/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN WAYNE RADDATZ,

Defendant.

**MOTION FOR EXTENSION OF TIME**

Defendant, Steven Raddatz, by and through his attorney, Robert W. Owens, Jr., hereby moves this Court for an extension of time in which to file Defendant's position paper.

The undersigned is awaiting a progress report from FPC Duluth which will be incorporated into our position paper.

Therefore, we respectfully request an extension of time until August 18, 2005 in which to file Defendant's Position Paper.

Dated: July 26, 2005

Respectfully submitted,

OLIVE, TABER & OWENS, P.A.

By: /s/ Robert W. Owens, Jr.

Robert W. Owens, Jr. (#146833)
5270 W. 84th Street, Suite 300
Bloomington, MN 55437
Telephone: (952) 831-0733
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-387 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN WAYNE RADDATZ,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on July 26, 2005, I caused the following documents:

Motion for Extension of Time

to be filed electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert M. Lewis, Esq.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

NONE

Dated: July 26, 2005

Respectfully submitted,

OLIVE, TABER & OWENS, P.A.

By: /s/ Robert W. Owens, Jr.

Robert W. Owens, Jr. (#146833)
5270 W. 84th Street, Suite 300
Bloomington, MN 55437
Telephone: (952) 831-0733
Attorneys for Defendant