**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, I served, or caused to be served, the following documents:

**POSITION OF THE UNITED STATES WITH REGARD TO CALCULATION OF THE SENTENCING RANGE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Robert W. Owens, Jr.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

THOMAS B. HEFFELFINGER
United States Attorney

BY: s/Robert M. Lewis
Assistant U.S. Attorney