# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                                        Criminal No. 02-387 (1) (RHK/AJB)

        Plaintiff,

vs.                                           **ORDER**

Steven W. Raddatz,

        Defendant.

      Defendant's Motion for Extension of Time (Doc. No. 77) is **GRANTED**.

Defendant's position paper shall be filed on or before August 18, 2005.

Dated: July 28, 2005

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge