**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Criminal No. 02-387 (1) (RHK/AJB)

vs.

**ORDER**

Steven W. Raddatz,

Defendant.

---

Defendant's Motion for Extension of Time (Doc. No. 77) is **GRANTED**.

Defendant's position paper shall be filed on or before August 18, 2005.

Dated: July 28, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge