STEVEN RADDATZ #10820-041
FEDERAL PRISON CAMP 211/118
P.O. BOX 1000
DULUTH, MINNESOTA 55814

ROBERT OWENS, ATTORNEY at LAW
OLIVE, TABER & OWENS, P.A.
5270 W. 84th STREET, SUITE 300
BLOOMINGTON, MINNESOTA 55437

DEAR MR. OWENS,

I am writing you and furnishing you with the papers to submit to the Court at my resentencing.

Included are my Work Reports since i started working at the garage, and those all are signed by my working Supervisor, Mr. J.LUNDHOLM. Mr.LUNDHOLM, also marks the (F) portion a (5) only when people are ready to leave and that is part of his position on work resposibility and being able to keep workers in place also.

In the (I) portion, Mr. Lundholm, never marks that higher than a (4), the Institution, would then move the Inmate/Worker to a different position, because they would feel the person had potential exceeding the need of the present job, and place that person in a more demanding job or put an Institutional Need on the Inmate.

Mr. LUNDHOLM also said that he would reccommend me, or hire me for any job position on the street also.

I have had NO Conduct or Incident Reports, and i have maintained good working relationship with my Supervisor Mr. J. LUNDHOLM, and also have interacted well with fellow Workers/Inmates. That is also marked on my Work Performance Ratings.

I hope that this is of substantial assistance in the resentencing, and that i have done my time well, as well as performing my duties in the garage, doing the Reports, Purchasing, Parts Room work and assisted with the Audits and the structuring of the M.S.D.S. BOOKS, along with the A.C.A. Audit also.

I also handled distribution of parts through various departments of the garage, and see that the cost accounting and use of those parts, along with materials are tracked, through Work Orders and Minor Work Repair Orders also, along with P.M.'s,or Preventative Maintenance.

I also want you to know that my Supervisor has talked all this over with me and he can only send a letter to the Court when it's at the request of the Judge himself. If the Judge would send him that letter, he would then send a complete and detailed letter on the B.O.P., letterhead.

I thank you for this opportunity, and i await our day in Court and thank you for your time and efforts also. I await your response and please let the Judge know if you will.

BEST REGARDS, [signature]
STEVEN RADDATZ #10820-041

DATED, 8/5/05

EXHIBIT
A
Blumberg No. 5118

**U.S. DEPARTMENT OF JUSTICE**

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ STEVE GARAGE
REG.# 10820-041 CLERK PARTS ROOI
ST.LOUIS B-211 HAVRON
JUNE 2005

Work Assignment GARAGE

Bonus Justification: Outstanding Worker, Did outstanding job with ACA Prep. + Bin Cards ect went far beyond + Above JC

Dept. Head Approval:

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - (3) - 4 - M
2. Hours of Satisfactory work 151
3. Regular pay 25.67
4. Bonus Recommended: -0-
5. Total Pay 25.67

(Supervisor's Signature) Date 7/5/05

(Inmate's Signature) Date 7/6/05

Inmate ____________ was requested to sign this rating form, but refused, citing the following reason: ____________

(Staff Witness Signature) Date

(over)

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

# WORK PERFORMANCE RATING

RADDATZ STEVE GARAGE
REG.# 10820-041 TOOL ROOM
ST.LOUIS B-211 HAVRON
MAY 2005

Work Assignment GARAGE
Bonus Justification: Rebuilt MSDS Books, outstanding Job
Dept. Head Approval:

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

outstanding

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M
2. Hours of Satisfactory work 137
3. Regular pay 21.59
4. Bonus Recommended: 10.79
5. Total Pay 32.38

(Supervisor's Signature) Date 5/27/05

(Inmate's Signature) Date

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

(Staff Witness Signature) Date

(over)

U.S. DEPARTMENT OF JUSTICE

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
APRIL 2005

Work Assignment GARAGE

Bonus Justification: Great worker will be moved to Grade 2 soon

Dept. Head Approval:

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M
2. Hours of Satisfactory work 147
3. Regular pay 24.99
4. Bonus Recommended: -0-
5. Total Pay 24.99

(Supervisor's Signature) Date 4/29/05

(Inmate's Signature) Date

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

(Staff Witness' Signature) Date

(over)

**U.S. DEPARTMENT OF JUSTICE**

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
MARCH 2005

Work Assignment GARAGE

Bonus Justification: Excellent with paper work Always on time good worker

Dept. Head Approval:

**A. QUALITY OF WORK**

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M
2. Hours of Satisfactory work 161
3. Regular pay 27.37
4. Bonus Recommended: 10.00
5. Total Pay 37.37

(Supervisor's Signature) 3/31/05 Date

(Inmate's Signature) Date

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

(Staff Witness' Signature) Date

(over)

U.S. DEPARTMENT OF JUSTICE

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
FEBRUARY 2005

Work Assignment GARAGE

Bonus Justification: Will be moved to Grade 3 for MARCh as soon as I can

Dept. Head Approval:

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M
2. Hours of Satisfactory work 131
3. Regular pay 15.72
4. Bonus Recommended: 5.00
5. Total Pay 20.72

(Supervisor's Signature) 2/28/05 Date

(Inmate's Signature) Date

Inmate ____ was requested to sign this rating form, but refused, citing the following reason: ____

(Staff Witness' Signature) Date

(over)

**U.S. DEPARTMENT OF JUSTICE**

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
JANUARY 2005

Work Assignment GARAGE

Bonus Justification: Great worker, will be moved up as soon as possible

Dept. Head Approval: [signature]

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work. (circled)

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time. (circled)

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things. (circled)

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge. (circled)

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice. (circled)

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness. (circled)
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told. (circled)

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular. (circled)

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job? (circled)
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) - M
2. Hours of Satisfactory work 136
3. Regular pay 17.32
4. Bonus Recommended: 6.00
5. Total Pay 23.32

[signature] (Supervisor's Signature) 1/31/05 Date

[signature] (Inmate's Signature) Date

Inmate ____________ was requested to sign this rating form, but refused, citing the following reason: ____________

____________ (Staff Witness Signature) Date

(over)

**U.S. DEPARTMENT OF JUSTICE**

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
DECEMBER 2004

Work Assignment GARAGE
Bonus Justification: Great worker Very Organized will be moved to Grade #3 ASAP

Dept. Head Approval: [signature]

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work. (circled)

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time. (circled)

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things. (circled)

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge. (circled)

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice. (circled)

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness. (circled)
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told. (circled)

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with. (circled)
5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job? (circled)
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) - M
2. Hours of Satisfactory work 140
3. Regular pay 16.80
4. Bonus Recommended: -0-
5. Total Pay 16.80

[signature] (Supervisor's Signature) 12/29/04 Date

[signature] Steven Raddatz (Inmate's Signature) Date

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

______ (Staff Witness Signature) ______ Date

(over)

**U.S. DEPARTMENT OF JUSTICE**

# WORK PERFORMANCE RATING

Federal Bureau of Prisons

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
NOVEMBER 2004

## A. QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work. (circled)

## B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time. (circled)

## C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things. (circled)

## D. INTEREST: EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or a waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge. (circled)

## E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistakes twice.
5. Outstanding. Very quick to learn. Excellent memory. Is leaning job much more rapidly than most inmates assigned here. Never makes the same mistake twice. (circled)

Work Assignment: GARAGE

Bonus Justification: Outstanding worker always helping other Inmates with projects

Dept. Head Approval: [signature]

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT

1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness. (circled)
5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told. (circled)

## H. ABILITY TO WORK WITH OTHERS

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular. (circled)

## I. OVERALL JOB PROFICIENCY

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off this employee?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep at the same job? (circled)
5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 (circled) - M
2. Hours of Satisfactory work: 126
3. Regular pay: 15.12
4. Bonus Recommended: 7.00
5. Total Pay: 22.12

[signature] (Supervisor's Signature) Date: 11-30-04

[signature] (Inmate's Signature) Date: 11-30-04

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

______ (Staff Witness' Signature) ______ Date

(over)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# WORK PERFORMANCE RATING
## OCTOBER 2004

In
R
E

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B - 211 HAVRON
OCTOBER 2004

Work Assignment GARAGE
Bonus Justification: Inmate Raddatz great worker will be moved to Grade 4 As soon as possible
Dept. Head Approval:

**A QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn. no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Require average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the Instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work 139 1/2
3. Regular Pay 5.25
4. Bonus Recommended: -0-
5. Total Pay 5.25

J. LUNDHOLM, GARAGE SUPERVISOR — Date 10/29/04

(Inmate's Signature) — Date 10/29/04

Inmate ______ was requested to sign this rating form, but refused, citing the following reason: ______

(Staff Witness' Signature) Date

(over)

USP LVN

Previous editions not usable

BP-324(52)
OCTOBER 1984

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**WORK PERFORMANCE RATING**
**SEPTEMBER 2004**

RADDATZ, STEVEN 10820-041
SMALL ENGINE GARAGE
START 09/02/04
ST.LOUIS B 211 HAVRON
SEPTEMBER 2004

Work Assignment GARAGE
Bonus Justification: none
Dept. Head Approval:

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. (circled) Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. (circled) Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. (circled) Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. (circled) Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Require average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. (circled) Outstanding. Very quick to learn. Excellent memory. Is learning job much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. (circled) Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. (circled) Outstanding. Makes a real effort to please the Instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. (circled) Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. (circled) Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work 140.
3. Regular Pay 5.25.
4. Bonus Recommended: 0.
5. Total Pay 5.25.

[signature] 10/1/04
J. LUNDHOLM, GARAGE SUPERVISOR — Date

Steven W. Raddatz 10/13/04
(Inmate's Signature) — Date

Inmate ________________ was requested to sign this rating form, but refused, citing the following reason: ________________

________________ ________
(Staff Witness' Signature) Date

(over)

DTH1S * PROGRAM REVIEW REPORT * 03-07-2005
PAGE 001 13:51:29

INSTITUTION: DTH DULUTH FPC

NAME.......: RADDATZ, STEVEN WAYNE REG. NO: 10820-041
RESIDENCE..: WOOD LAKE, MN 56297

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: Sept 2005

PROJ. RELEASE DATE..: 02-28-2007 RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: Mar 2006 DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N IF YES, RECONCILED (Y/N): N

PENDING CHARGES.....: None known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: N
IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | | CURRENT ASSIGNMENT | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 02-28-2007 | 0938 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 03-07-2005 | 1351 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 09-08-2004 | 0938 |
| CUS | OUT | OUT CUSTODY | 07-29-2004 | 1110 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 09-08-2004 | 0938 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 08-27-2004 | 1536 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-27-2004 | 1537 |
| FRP | PART | FINANC RESP-PARTICIPATES | 09-08-2004 | 1143 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 07-28-2004 | 1306 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-27-2004 | 0646 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 08-15-2004 | 0647 |
| QTR | S02-118U | HOUSE S/RANGE 02/BED 118U | 01-10-2005 | 1124 |
| RLG | PROTESTANT | PROTESTANT | 10-10-2004 | 1012 |
| WRK | GARAGE | GARAGE | 09-02-2004 | 0001 |

WORK PERFORMANCE RATING: Outstanding Work Evals > Gr. 4 pay

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: Maintained Clear Conduct

FRP PLAN/PROGRESS: Part > Satisfied Assessment $5,495,698.96 remain on Rest. $642/6 mos No NSF; Commensurate

RELEASE PREPARATION PARTICIPATION: Part > Satisfied 2 of 6 areas Needs Job Skills and Personal Finance

CCC RECOMMENDATION: Review when within 11-13 mos from release

PROGRESS MADE SINCE LAST REVIEW: Actively participate in programs
Maintain Clear Conduct, Acceptable Room sani, Outstanding
Work Evals, Participate in Leisure activities Walk the track
Reco Chapel

GOALS FOR NEXT PROGRAM REVIEW MEETING: Complete Personal Finance
by next review in Sept. 2005
Maintain Clear Conduct
Acceptable Room sani
Maintain Outstanding Work Evals
Continue participation in Leisure activities

LONG TERM GOALS: Complete all recommended programs
prior to CCC date
Save 10/mo for release
Complete Employment Folder

OTHER INMATE REQUESTS/TEAM ACTIONS: Requests "Com" custody
and 12 hr. local furlough Granted 12 hr. furlough
and Com. Cust.

No Psych Conc
H+C OK
407-408 Janet Raddatz (wife)

SIGNATURES:

UNIT MANAGER: [signature] INMATE: [signature]

DATE: 3-9-05 DATE: 3/9/05