UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-387 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN WAYNE RADDATZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 18, 2005, I caused the following documents:

Position Paper of Defendant Regarding Sentencing Factors on Remand

to be filed electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert M. Lewis, Esq.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

NONE

Dated: August 18, 2005

Respectfully submitted,

OLIVE, TABER & OWENS, P.A.

By: /s/ Robert W. Owens, Jr.

Robert W. Owens, Jr. (#146833)
5270 W. 84th Street, Suite 300
Bloomington, MN 55437
Telephone: (952) 831-0733
Attorneys for Defendant