# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Steven Wayne Raddatz (1),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: Cr. 02-387 (1)<br>Date: September 12, 2005<br>Court Reporter:<br>Time Commenced: 10:00<br>Time Concluded: 10:30<br>Time in Court: Hours & 30 Minutes |

Before Richard Kyle, United States Judge, at, Minnesota.

APPEARANCES:

For Plaintiff: Robert Lewis
For Defendant: Robert Owens 9 FPD 9 CJA 9 Retained 9 Appointed

: **Sentencing.** Custody of BOP for 48 months as to each count 3,6,10 and 12 to be served concurrently to each other. Restitution in the amount of $5,503,722.00. Supervised release 5 years as to each count to be served concurrently to each other, with special conditions.

: Defendant remanded to the custody of the U.S. Marshal.

s/Deborah Siebrecht
Calendar Clerk